# Exhibit A

1390

**Plaintiff** Jemalla Vallare, as Next Friend of    **Address** 2309 Enterprise Blvd  Lake Charles, LA 70601
A'Miyah Vallare, a minor (248704)

**Original Civil Action No.** 09-7398

**Case Style** Michela Scott, as Next Friend of Nakia Joseph, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Jemalla Vallare (248705)    **Address** 2309 Enterprise Blvd  Lake Charles, LA 70601

**Original Civil Action No.** 09-7398

**Case Style** Michela Scott, as Next Friend of Nakia Joseph, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Sondiza Landry (248733)    **Address** 302 N. Bank Street  Lake Charles, LA 70601

**Original Civil Action No.** 09-7398

**Case Style** Michela Scott, as Next Friend of Nakia Joseph, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Bethany Trahan, as Next Friend of    **Address** 302 N. Bank Street  Lake Charles, LA 70601
Christian Trahan, a minor (248757)

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Bethany Trahan, as Next Friend of    **Address** 302 N. Bank Street  Lake Charles, LA 70601
Zelani Trahan, a minor (248758)

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Arshiko Brown, as Next Friend of
Kadon Ceasar, a minor (248818)              **Address** 6675 Hwy 90 E. Lot 148 Iowa, LA 70615

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Arshiko Brown (248819)              **Address** 6675 Hwy 90 E. Lot 148 Iowa, LA 70615

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Cynthia Moore, as Next Friend of
Zachary Moore, a minor (248859)              **Address** 12000 Walker Rd. Irvington, Al 36544

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Dana Scott (248875)              **Address** 2310 14th St. Pascagoula, MS 39567

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Nahja Shanks (248877)              **Address** 11836 E. Fair Oaks Baton Rouge, LA 70815

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Rosie Vital (248886)                    **Address** 1016 14th St Lake Charles, LA 70601

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Thomas Vital (248887)                    **Address** 1016 14th St. Lake Charles, LA 70601

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Andreika Landry (248899)                    **Address** 302 North Bank St. Lake Charles, LA 70601

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff** Floyd Espree (248900)                    **Address** 1803 8th. Ave Lake Charles, LA 70601

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Charlissa Boyd (248903)                    **Address** 4254 5th. Ave Apt 324 Lake Charles, LA 70607

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

# Exhibit A

**Plaintiff** Dorothetta Nash (248904)          **Address** 4254 5th Ave Apt 318 Lake Charles, LA 70607

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff** Kathleen Charles (248927)          **Address** 2412 Marty Lane  Lake Charles, LA 70605

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Donald Mizell (248935)          **Address** 467 Houston St.  Mobile, AL 36606

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Isabel Guidry (248939)          **Address** 19030 Hwy 383  Iowa, LA 70647

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Robert Stephenson (248951)          **Address** 1109 Hunter Dr.  Lake Charles, LA 70615

**Original Civil Action No.** 09-7416

**Case Style** Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Tammy Joseph (248952)          **Address** 1109 Hunter Dr.  Lake Charles, LA 70615

**Original Civil Action No.**  09-7416

**Case Style**  Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Jorge Galvan (249010)          **Address** 2418 Salmon St.  Lake Charles, LA 70605

**Original Civil Action No.**  09-7416

**Case Style**  Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Emma Galvan, as Next Friend of          **Address** 2418 Salmon St.  Lake Charles, LA 70605
Marcela Galvan, a minor (249011)

**Original Civil Action No.**  09-7416

**Case Style**  Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Emma Galvan (249012)          **Address** 2418 Salmon St.  Lake Charles, LA 70605

**Original Civil Action No.**  09-7416

**Case Style**  Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Emma Galvan, as Next Friend of Emma          **Address** 2418 Salmon St.  Lake Charles, LA 70605
Galvan, a minor (249013)

**Original Civil Action No.**  09-7416

**Case Style**  Sandra Braxter, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

# Exhibit A

**Plaintiff** Whitney Damon (249077)          **Address** 1232 Big Four Corners Rd. Jeanerette, LA 70544

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc

---

**Plaintiff** Jeanette Damon (249078)          **Address** 1232 Big Four Corners Rd. Jeanerette, LA 70544

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc

---

**Plaintiff** Arshiko Brown, as Next Friend of          **Address** 19030 Hwy 383  Iowa, LA 70647
Kylen Ceasar, a minor (249085)

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Derrick Guidry (249098)          **Address** 19030 Hwy 383  Iowa, LA 70647

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Rutha Martin (249160)          **Address** 1607 See St  Lake Charles, LA 70601

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Angela Nunez, as Next Friend of Jade        **Address** 243 Ruby Lane  Cameron, LA 70631
Nunez, a minor (249169)

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Jordan Hanks (249174)        **Address** 243 Ruby Lane  Cameron, LA 70631

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Gwendelyn Clarke, as Next Friend of        **Address** 308 W. School St  Lake Charles, LA 70605
Mercedes Washington, a minor

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Willie Williams (249211)        **Address** 6818 Kendale St  Moss Point, MS 39563

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Lynntina Richard, as Next Friend of        **Address** P.O. Box 16082  Lake Charles, LA 70616
James Phipps, a minor (249330)

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
       Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Michael Abney (249333)          **Address** 224 Cobb Rd  Lake Charles, LA 70607

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Wilton Young (249337)          **Address** 105 Annies Lane  Bell City, LA 70630

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Sherrie Flakes-Dotson (249338)          **Address** 592 W. Telephone Rd  Lake Charles, LA 70611

**Original Civil Action No.** 09-7417

**Case Style** Maria Hernandez, as Next Friend of Wendy Vargas, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Michael Bartie (249346)          **Address** P.O. Box 341  Cameron, LA 70631

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
       Fluor Enterprises, Inc

---

**Plaintiff** Florence Espree, as Next Friend of          **Address** 1803 8th Ave  Lake Charles, LA 70601
Chelsea Espree, a minor (249351)

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
       Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Robert Schexnayder (249376)          **Address** P.O. Box 227  Lake Charles, LA 70602

**Original Civil Action No.** 09-7418
**Case Style** Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Lawrence Schexnayder (249377)          **Address** P.O. Box 227  Lake Charles, LA 70602

**Original Civil Action No.** 09-7418
**Case Style** Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Michael Schexnayder (249378)          **Address** P.O. Box 227  Lake Charles, LA 70602

**Original Civil Action No.** 09-7418
**Case Style** Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Nolan Zackery (249396)          **Address** 8559 Gulf Hwy Lot 79 Lake Charles, LA 70607

**Original Civil Action No.** 09-7418
**Case Style** Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Raymond Scott (249407)          **Address** 2310 14th St.  Pascagoula, MS 39567

**Original Civil Action No.** 09-7418
**Case Style** Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Randall Laird (249416)          **Address** 3420 Monroe St. Lake Charles, LA 70607

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Betty Deshotel (249463)          **Address** 224 Cobb Road Lake Charles, LA 70607

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Belinda Williams, as Next Friend of          **Address** 6818 Kendall St. Moss Point, MS 39563
Kane'sha Evans, a minor (249465)

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Earlene Evans (249467)          **Address** 6818 Kendall St. Moss Point, MS 39563

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Mark Raines (249505)          **Address** 1905 Gieffers St Lake Charles, LA 70601

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Portia Clarke (249524)          **Address** 308 West School St. Lake Charles, LA 70601

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Pamela Raines (249525)          **Address** 1903 Gieffers St. Lake Charles, LA 70601

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Belinda Williams (249556)          **Address** 6818 Kendale St Moss Point, MS 39563

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Pamela Raines, as Next Friend of          **Address** 1903 Gieffers St. Lake Charles, LA 70601
Ka'leigh Raines, a minor (249557)

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Carrie Slaughter (249568)          **Address** 1903 Gieffers St. Lake Charles, LA 70601

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
      Forest River, Inc.
      Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Billie Buck (249575)                **Address** 1914 10th St.  Lake Charles, LA 70601

**Original Civil Action No.** 09-7418

**Case Style** Beatrice Prejean, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Phyllis Ashworth (249655)                **Address** 3412 Coolidge St.  Lake Charles, LA 70607

**Original Civil Action No.** 09-7426

**Case Style** Joseph Nunez, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Derrick Haley (249668)                **Address** 1214 Jackson St.  Lake Charles, LA 70601

**Original Civil Action No.** 09-7426

**Case Style** Joseph Nunez, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Douglas Deshotel (249712)                **Address** 224 Cobb Road  Lake Charles, LA 70607

**Original Civil Action No.** 09-7426

**Case Style** Joseph Nunez, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** James Bell (249802)                **Address** 5860 Wrangler Drive  Iowa, LA 70647

**Original Civil Action No.** 09-7426

**Case Style** Joseph Nunez, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Rita Cormier (249853)                    **Address** 2201 10th  Lake Charles, LA 70601

**Original Civil Action No.** 09-7426

**Case Style** Joseph Nunez, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Arshiko Brown, as Next Friend of          **Address** 6675 Hwy. 90 E. Lot 148 Lake Charles, LA
        Kassidy Ceasar, a minor (249858)                    70615

**Original Civil Action No.** 09-7426

**Case Style** Joseph Nunez, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Florence Espree (249928)                  **Address** 2505 Blackwell St  Lake Charles, LA 70601

**Original Civil Action No.** 09-7426

**Case Style** Joseph Nunez, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

**Plaintiff** Duong Tran (249984)                       **Address** 8781 W. Warner St.  LaBatre, AL 36509

**Original Civil Action No.** 09-7427

**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        CH2M Hill Construction, Inc

---

**Plaintiff** James Lincoln (250033)                    **Address** 2890 Dunne St.  Sulphur, LA 70663

**Original Civil Action No.** 09-7427

**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
        Forest River, Inc.
        Fluor Enterprises, Inc

---

# Exhibit A

**Plaintiff** Quincy Cormier (250043)          **Address** 2201 10th St. Lake Charles, LA 70601

**Original Civil Action No.** 09-7427

**Case Style** Kenneth Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Gloria Ethridge (250209)          **Address** 301 N Simmons Lake Charles, LA 70601

**Original Civil Action No.** 09-7427

**Case Style** Kenneth Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Sherrie Flakes Dotson, as Next Friend     **Address** 592 W. Telephone Road Lake Charles, LA 70611
of Alia Dotson, a minor (250198)

**Original Civil Action No.** 09-7427

**Case Style** Kenneth Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Fluor Enterprises, Inc

---

**Plaintiff** Charlissa Boyd, as Next Friend of     **Address** 4254 5th Avenue #324 Lake Charles, LA 70607
Jai'den Whitted, a minor (250603)

**Original Civil Action No.** 09-7427

**Case Style** Kenneth Kellum, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc

---

**Plaintiff** Bernice Gallien (250235)          **Address** 2413 11th St Lake Charles, LA 70601

**Original Civil Action No.** 09-7439

**Case Style** Jamie Haley, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　　Forest River, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Cassandra Gallien, as Next Friend of    **Address** 2032 10th St  Lake Charles, LA 70601
Kyron Gallien, a minor (250238)

**Original Civil Action No.**  09-7439

**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff**  Cassandra Gallien (250236)    **Address** 2032 10th St  Lake Charles, LA 70601

**Original Civil Action No.**  09-7439

**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff**  Charles Gallien (250239)    **Address** 2413 11th St  Lake Charles, LA 70601

**Original Civil Action No.**  09-7439

**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff**  Charles Gallien (250237)    **Address** 15615 Blue Ash Dr Apt 9206 Houston, TX 77090

**Original Civil Action No.**  09-7439

**Case Style**  Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Rebecca Scott (250512)          **Address** 2310 14th St  Pascagoula, MS 39567

**Original Civil Action No.** 09-7439

**Case Style** Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Fred Valentine (250580)          **Address** 4053 Rose St  Moss Point, MS 39563

**Original Civil Action No.** 09-7439

**Case Style** Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Willie Kirkwood, as Next Friend of          **Address** 918 Industrial  Vinton, LA 70668
Derranne Barefield, a minor (250102)

**Original Civil Action No.** 09-7439

**Case Style** Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Barbara Beverly (250120)          **Address** 15079 Hemley Rd.  Coden, AL 36523

**Original Civil Action No.** 09-7439

**Case Style** Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> CH2M Hill Construction, Inc

---

**Plaintiff** Alexis Sheridan (250514)          **Address** 224 Cobb Road  Lake Charles, LA 70607

**Original Civil Action No.** 09-7439

**Case Style** Jamie Haley, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
> Forest River, Inc.
> Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Kahero Baldwin (250100)          **Address** 1005 Sycamore St. Lake Charles, LA 70601

**Original Civil Action No.** 09-7439

**Case Style** Jamie Haley, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Jude Young (250624)          **Address** 105 Annies Ln Bell City, LA 70630

**Original Civil Action No.** 09-7428

**Case Style** Shannon Spears, as Next Friend of Justice Holmes, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Edmae Richard (251184)          **Address** 1123 Horridge Street Vinton, LA 70668

**Original Civil Action No.** 09-7428

**Case Style** Shannon Spears, as Next Friend of Justice Holmes, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** Bethany Trahan (251292)          **Address** 302 N Bank St. Lake Charles, LA 70601

**Original Civil Action No.** 09-7428

**Case Style** Shannon Spears, as Next Friend of Justice Holmes, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

---

**Plaintiff** James Manuel (251022)          **Address** 2412 Marty Lane Lake Charles, LA 70605

**Original Civil Action No.** 09-7428

**Case Style** Shannon Spears, as Next Friend of Justice Holmes, a minor, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
　　　Forest River, Inc.
　　　Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Freddie Citizen (250768)           **Address** 1303 Fournet Street  Lake Charles, LA 70601

**Original Civil Action No.** 09-7428

**Case Style** Shannon Spears, as Next Friend of Justice Holmes, a minor, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Cheryl Prudhomme (251162)           **Address** 1226 4th Ave  Lake Charles, LA 70601

**Original Civil Action No.** 09-7430

**Case Style** Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Desarae Sias (251222)           **Address** 1612 Shaw St  Lake Charles, LA 70601

**Original Civil Action No.** 09-7430

**Case Style** Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Cody Guidry (250872)           **Address** 3420 Monroe St  Lake Charles, LA 70607

**Original Civil Action No.** 09-7430

**Case Style** Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Tommy Gaston (250853)           **Address** 1213 Giovann St Apt 702 Lake Charles , LA 70601

**Original Civil Action No.** 09-7430

**Case Style** Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
  Forest River, Inc.
  Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Mary  Gaston (250852)                    **Address** 1213 Giovann St Apt 702 Lake Charles, LA
                                                                  70601

**Original Civil Action No.**  09-7430

**Case Style**  Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream
                        Coach, Inc., et. al.

**Defendants**
            Forest River, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff** Kenny Lam (250976)                    **Address** 9401 Satsuma St  Coden, AL 36523

**Original Civil Action No.**  09-7430

**Case Style**  Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream
                        Coach, Inc., et. al.

**Defendants**
            Forest River, Inc.
            CH2M Hill Construction, Inc

---

**Plaintiff** Emma Medina (251037)                    **Address** 3745 West Louisana  Kenner , LA 70065

**Original Civil Action No.**  09-7430

**Case Style**  Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream
                        Coach, Inc., et. al.

**Defendants**
            Forest River, Inc.
            Shaw Environmental, Inc

---

**Plaintiff** Lacey Ethridge (250821)                    **Address** 301 N. Simmons  Lake Charles, LA 70601

**Original Civil Action No.**  09-7430

**Case Style**  Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream
                        Coach, Inc., et. al.

**Defendants**
            Forest River, Inc.
            Fluor Enterprises, Inc

---

**Plaintiff** Jeremiah Cromier (250784)                    **Address** 2201 10th St.  Lake Charles, LA 70601

**Original Civil Action No.**  09-7430

**Case Style**  Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream
                        Coach, Inc., et. al.

**Defendants**
            Forest River, Inc.
            Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Quincy Cromier, as Next Friend of     **Address** 2201 10th St.  LakeCharles, LA 70601
Tyra Cormier, a minor (250786)

**Original Civil Action No.** 09-7430

**Case Style** Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream
Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Quncy Cromier, as Next Friend of     **Address** 2201 10th St.  Lake Charles, LA 70601
Quincy Cormier, a minor (250785)

**Original Civil Action No.** 09-7430

**Case Style** Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream
Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Latasha  Reeder, as Next Friend of     **Address** 2004 Jan St.  Lake Charles, LA 70615
Zavier Rubit, a minor (251204)

**Original Civil Action No.** 09-7430

**Case Style** Barbara Johnson, as Representative of the Estate of Lessie Clark, deceased, et. al.  vs. Gulf Stream
Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Herman Ryan (251206)     **Address** 514 Maple Street  Sulphur, LA 70663

**Original Civil Action No.** 09-7429

**Case Style** Darryl Steele, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Christine Ryan (251205)     **Address** 514 Maple Street  Sulphur, LA 70663

**Original Civil Action No.** 09-7429

**Case Style** Darryl Steele, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Yvonne Wilmore, as Next Friend of
Christopher Wilmore, a minor (251347)   **Address** 1900 Prejean Drive Apt L168 Lake Charles, LA
70607

**Original Civil Action No.** 09-7429

**Case Style** Darryl Steele, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Yvonne Wilmore (251349)   **Address** 1900 Prejean Drive Apt L168 Lake Charles, LA
70607

**Original Civil Action No.** 09-7429

**Case Style** Darryl Steele, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Yvonne Wilmore, as Next Friend of
Terrianna Young, a minor (251380)   **Address** 1900 Prejean Drive Apt L168 Lake Charles, LA
70607

**Original Civil Action No.** 09-7429

**Case Style** Darryl Steele, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Yvonne Wilmore, as Next Friend of
Michael Wilmore, a minor (251348)   **Address** 1900 Prejean Drive Apt L168 Lake Charles, LA
70607

**Original Civil Action No.** 09-7429

**Case Style** Darryl Steele, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Walter Hull (250918)   **Address** 1609 Pine Street  Lake Charles, LA 70601

**Original Civil Action No.** 09-7429

**Case Style** Darryl Steele, et. al. vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
Forest River, Inc.
Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** James Guidry (250873)          **Address** 19030 Highway 383  Iowa, LA 70647

**Original Civil Action No.** 09-7429

**Case Style** Darryl Steele, et. al.  vs. Gulf Stream Coach, Inc., et. al.

**Defendants**
>          Forest River, Inc.
>          Fluor Enterprises, Inc