# Exhibit B

Jemalla Vallare, as Next Friend of A'Miyah Vallare, a minor, et. al. vs. Forest

| **Contractor** | **Insurer** |
|---|---|
| Bechtel National, Inc<br>C T Corporation System<br>6100 Neil Road Suite 500<br>Reno, NV 89511 | |
| CH2M Hill Construction, Inc<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | |
| Fluor Enterprises, Inc<br>Corporation Service Company<br>320 Sumerulos St.<br>Baton Rouge, LA 70802 | |
| Shaw Environmental, Inc<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | |

# Exhibit B

Jemalla Vallare, as Next Friend of A'Miyah Vallare, a minor, et. al. vs. Forest

**Manufacturer**                                    **Insurer**

Forest River, Inc.
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516